MARTHA T. FAIRCLOUGH, Individually and as Executrix of WILLIAM H. FAIRCLOUGH, Deceased, Appellant, *v.* SOUTHERN PACIFIC COMPANY et al., Respondents.

*Fairclough* v. *Southern Pacific Co.*, 171 App. Div. 496, affirmed. (Argued May 30, 1916; decided December 28, 1916.)

APPEAL from a judgment, entered March 7, 1916, upon an order of the Appellate Division of the Supreme Court in the first judicial department which reversed an order of Special Term denying a motion to dismiss the complaint and granted said motion in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. The intestate, a resident of New Jersey, was killed in Texas.

42

The plaintiff, a resident of New Jersey, was appointed executrix in that state and ancillary letters testamentary issued to her in this state. The defendants are foreign corporations. It was contended that the action was not one of those which might be brought against a foreign corporation by a non-resident as specified in section 1780 of the Code of Civil Procedure as it existed at the time said action was commenced.

*Eli J. Blair* for appellant.

*Everett J. Esselstyn, J. Ard Haughwout* and *C. P. Williamson* for respondents.

Judgment affirmed, with costs, on the authority of *Robinson* v. *Oceanic Steam Navigation Co.* (112 N. Y. 315.)

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN and HOGAN, JJ.; CHASE and CARDOZO, JJ., dissent on the ground that the amended Code section is retroactive.